UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MIDWEST FAMILY MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO.: 4:22-cv-00144-SEB-KMB ) ) |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, BOYD & SONS, INC., and MIKEL THORNTON, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF DISMISSAL

Comes now Plaintiff, Midwest Family Mutual Insurance Company ("Midwest"), by counsel, and requests that the Court dismiss this action, without prejudice.

LEWIS WAGNER, LLP

By: /s/ Richard K. Shoultz
RICHARD K. SHOULTZ, #15558-73
EDMUND L. ABEL, #36293-49
*Counsel for Plaintiff, Midwest Family Mutual Insurance Company*

LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN  46201
Main:  317-237-0500
Fax:    317-630-2790
rshoultz@lewiswagner.com
eabel@lewiswagner.com